UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUCCI AMERICA, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> GUCCI GUN CLUB LLC, <br><br> Defendant(s). | Case No.2:25-CV-1468  JCM (EJY) <br><br> ORDER |

  Presently before the court is Magistrate Judge Elena Youchah's report and recommendation ("R&R").  (ECF No. 23).  She recommends that defendant Gucci Gun Club of America, LLC's motion to dismiss, (ECF No. 16), be stricken from the docket because the defendant failed to appear through counsel as required by the court and under federal law.  (*Id.*); (ECF No. 17, *citing U.S. v. High Country Broad Co.*, 3 F.3d 1244, 1245 (9th Cir. 1993); *Federal Trade Commission v. Consumer Defense LLC*, No. 2:18-cv-0030-JCM-PAL, 2019 WL 8105900, at \*1 (D. Nev. Jan 16, 2019); *Mybusinessloan.com, LLC v. Sundance Fence & Iron LLC*, No. 15-cv-2298-BAS-JLB, 2016 WL 6124491, at \*1 (S.D. Cal. Oct. 20, 2016) (internal citations omitted)).

  No objections were filed to the R&R.  Thus, the court is not obligated to conduct a de novo review of the R&R.  28 U.S.C. § 636(b)(1) (requiring courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("[T]he district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise.") (emphasis in original).

1        Accordingly,

2        IT IS HEREBY ORDERED, ADJUDGED, and DECREED that Judge Youchah's R&R
3   (ECF No. 23) be, and the same hereby is, ADOPTED, in full.

4        IT IS FURTHER ORDERED that the defendant's motion to dismiss be STRICKEN from
5   the docket.  (ECF No. 16).

6        IT IS ALSO ORDERED that the plaintiff's motion for an extension of time to respond to
7   the motion to dismiss be DENIED AS MOOT.  (ECF No. 18).

8        DATED December 10, 2025.

_____
UNITED STATES DISTRICT JUDGE