UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GUCCI AMERICA, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> GUCCI GUN CLUB LLC, <br><br> Defendant(s). | Case No.2:25-CV-1468 JCM (EJY) <br><br> ORDER |

On December 16, 2025, plaintiff Gucci America, LLC filed a document entitled "MOTION for Entry of Clerk's Default." Although the filing contains a proposed order for the clerk of court and a declaration from Mr. Robert McCoy, it lacks a substantive motion as required by LR 7-2. *See* LR 7-2(a) (requiring all motions to be made in writing and supported by a memorandum of points and authorities).

"The failure to a moving party to file points and authorities in support of [a] motion constitutes a consent to the denial of the motion." LR 7-2(d). Having failed to include an actual motion in its filing, plaintiff consents to the court's denial of its purported motion for entry of clerk's default.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for entry of clerk's default (ECF No. 25) be, and the same hereby is, DENIED.

. . .

. . .

. . .

IT IS FURTHER ORDERED that plaintiff comply with the Local Rules when submitting further filings.

DATED December 17, 2025.

_____
UNITED STATES DISTRICT JUDGE